FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALIA DANICE B.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:25-CV-00333-SAB<br><br>**ORDER GRANTING MOTION FOR REMAND** |

Before the Court is the parties' Motion For Remand, ECF No. 6. Plaintiff is represented by Asa LaMusga. Defendant is represented by L. Jamala Edwards and Brian Donovan.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion For Remand, ECF No. 6 is **GRANTED**.

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

2. The decision of the Commissioner is reversed and remanded. Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to re-evaluate whether Plaintiff can perform a significant number of jobs which exist in the national economy at step five, take any action necessary to further develop the record, and issue a new decision.

3. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 29th day of October 2025.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2